Dismissed and Memorandum Opinion filed April 9, 2009








Dismissed
and Memorandum Opinion filed April 9, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00224-CV

____________

 

GEORGIA MAY COLLINS, Appellant

 

V.

 

MEMORIAL HERMANN HOSPITAL SYSTEM, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 912183

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 2, 2009.  On April 2, 2009, appellant
filed a ANotice of Nonsuit With Prejudice.@  There is no provision in the Rules
of Appellate Procedure for a nonsuit of an appeal.  Therefore, we construe this
to be a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

 

 








The
appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and Boyce.